UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62328-CIV-ROSENBAUM/SELTZER

ALL LEISURE HOLIDAYS LIMITED,

      Plaintiff,

v.

STEVEN NOVELLO and DATABASE
MARKETING SOLUTIONS, INC.,

      Defendants.
_____/

## **ORDER**

      This matter is before the Court upon a review of the case file. On December 6, 2012, this Court issued an Order requiring the parties to meet and confer regarding discovery and scheduling issues within twenty-one days of the filing of a response to the Complaint by any Defendant and to file a joint discovery plan and conference report with the Court within fourteen days of the parties' conference. D.E. 20, ¶¶ 2-3. Defendants filed their respective answers to Plaintiff's Complaint on January 31, 2013. D.E. 39 & D.E. 40. The maximum time available for the parties to file a joint discovery plan and conference report expired on March 7, 2013, but no discovery plan and conference report has yet been filed by the parties.

      Accordingly, it is **ORDERED and ADJUDGED** that on or before **March 15, 2013**, the parties shall file a joint discovery plan and scheduling report as previously required by the Court. A failure to timely respond to this Order may result in sanctions being imposed against the offending

party or parties.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 8th day of March 2013.

>                                ROBIN S. ROSENBAUM
>                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record